COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| John Barfield and Tana Barfield, Wife, Individually, and John Barfield and Tana Barfield as Next Friends of C. B. and K. B., Minor Children, | § | No. 08-17-00059-CV |
|  | § | Appeal from the |
|  | § | 109th District Court |
| Appellants, | § | of Andrews County, Texas |
| v. | § | (TC# 19145) |
| SandRidge Energy, Inc. and Jose Pepe Saenz, | § |  |
|  | § |  |
| Appellees. | § |  |
|  | § |  |

## **O R D E R**

On April 7, 2017 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On April 17, 2017 Appellees timely filed an objection. The Court finds Appellees' objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall now be filed in this Court on or before May 17, 2017.

IT IS SO ORDERED this 17th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.